[No. 12118-6-III.   Division Three.   April 22, 1993.]

STEPHEN R. GILLMAN, ET AL, *Appellants*, v. HUBERT A. SCHMITT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 91-2-00196-8, Michael E. Cooper, J., entered November 25, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.

[No. 11848-7-III.   Division Three.   April 22, 1993.]

RICHARD R. VALICOFF, ET AL, *Respondents*, v. CLYDE DUNN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 89-2-02038-5, Heather Van Nuys, J., entered August 9, 1991. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.

[No. 11403-1-III.   Division Three.   April 22, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM M. HAMILTON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 89-1-00678-8, Michael W. Leavitt, J., entered December 14, 1990. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Thompson, J.